**DISMISSED and Opinion Filed April 7, 2023**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-01344-CV**

**IN RE NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, Relator**

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01121-D**

## MEMORANDUM OPINION

Before Justices Reichek, Carlyle, and Kennedy
Opinion by Justice Carlyle

Before the Court is relator's March 27, 2023 motion to dismiss this original proceeding as moot. We grant the motion and dismiss this original proceeding as moot.

/Cory L. Carlyle/
CORY L. CARLYLE
JUSTICE

221344F.P05